**Jennifer Yawa SEDODO Smith, a/k/a Jennifer Sedodo, Petitioner,**

v.

**U.S. IMMIGRATION & NATURALIZA-TION SERVICE; John Ashcroft, U.S. Attorney General, Respondents.**

No. 01–1176.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Oct. 10, 2001.

Marc Seguinot, Bose Law Firm, P.L.L.C., Arlington, VA, for petitioner. Stuart E. Schiffer, Acting Assistant Attorney General, Linda S. Wendtland, Assistant Director, Donald A. Couvillon, Office of Immigration Litigation, United States Department of Justice, Washington, DC, for respondents.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Jennifer Yawa Sedodo Smith, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals (Board) denying her application for suspension of deportation. We have reviewed the record and the Board's decision and conclude that Smith is ineligible for that relief because she failed to accrue seven years of continuous physical presence prior to the initiation of deportation proceedings against her. *See Ram v. INS,* 243 F.3d 510, 518 (9th Cir.2001); *McBride v. INS,* 238 F.3d 371, 375–77 (5th Cir. 2001); *Afolayan v. INS,* 219 F.3d 784, 788–89 (8th Cir.2000). Accordingly, we affirm the Board's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*